**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00619-CV

**DENNIS JAMES POLEDORE, JR., Appellant**

**V.**

**CHERI YLONDA POLEDORE, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-13701**

## ORDER

In light of our July 8, 2015 order directing the Clerk of the Court to send appellant a paper copy of the clerk's record and extending the time to file appellant's brief to August 20, 2015, we **DENY** as moot appellant's "motion for extension of time to file appellant's brief thirty (30) days after appellant has been provided his free requested copy of clerk's record."

/s/     ELIZABETH LANG-MIERS
JUSTICE